UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FRANCISCO DELGADILLO-PEREZ,

      Plaintiff,

 v.                                    Case No. 20-cv-21

JOHN BRETZEL, *et al.*,

      Defendants.

### REQUEST FOR REPRESENTATION

At the court's request, Attorneys Matt McClean and Jessica Puetz of Davis & Kuelthau, s.c. and Daniel Janssen and Nathan Oesch of Quarles & Brady, LLP, have agreed to represent plaintiff Francisco Delgadillo-Perez on a volunteer basis, for the limited purpose of representing him in responding to the defendants' motion for summary judgment and during mediation if the parties choose to pursue mediation. The volunteer representation by Attorneys McClean, Puetz, Janssen, and Oesch is contingent on Delgadillo-Perez signing and returning the enclosed agreement. As the agreement states, Attorneys McClean's, Puetz's, Janssen's, and Oesch's representation is limited to the summary judgment phase of litigation (which may include mediation). The representation terminates upon resolution of the motion for summary judgment regardless of outcome unless the parties decide to pursue

mediation after the summary judgment motion is resolved. In that event, representation terminates upon completion of mediation, regardless of the outcome.

**IT IS HEREBY ORDERED** that on or before **May 25, 2022**, Delgadillo-Perez must sign and return the enclosed agreement if he wishes to proceed with counsel for purposes of summary judgment and during the mediation, at no charge to him.

**IT IS FURTHER ORDERED** that a copy of this order be sent to Attorneys Matt McClean and Jessica Puetz of Davis & Kuelthau, s.c., 111 East Kilbourn Avenue, Suite 1400, Milwaukee, WI 53202 and Daniel Janssen and Nathan Oesch of Quarles & Brady, LLP, 411 East Wisconsin Avenue, Suite 2400, Milwaukee, Wisconsin, 53202.

Dated at Milwaukee, Wisconsin this 4th day of May, 2022.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge